VENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 04–8312 (04A648). CARR v. SCHOFIELD, WARDEN. Super. Ct. Butts County, Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 04–8319 (04A652). KUNKLE v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 04–8321 (04A651). KUNKLE v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 92–8908 (04A650). KUNKLE v. TEXAS, 510 U. S. 840; and
No. 04–7271 (04A654). KUNKLE v. TEXAS, *ante*, p. 1039. Applications for stays of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motions for leave to file petitions for rehearing denied.

JANUARY 26, 2005

No. 04A635 (04–70). EXXON MOBIL CORP. v. ALLAPATTAH SERVICES, INC., ET AL. C. A. 11th Cir. Application to stay execution of judgment pending disposition of the writ of certiorari, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JANUARY 27, 2005

No. 04A647. MISSIONARY SOCIETY OF CONNECTICUT v. BOARD OF PARDONS AND PAROLES. Application for stay of execution of sentence of death, presented to JUSTICE GINSBURG, and by her referred to the Court, denied.